

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00382-CR

Rene **ESCALANTE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 1679
The Honorable Robert Hoffman, Judge Presiding

# O R D E R

On June 13, 2014, court reporter Tina Yong filed a notice of late reporter's record. The record was subsequently filed on June 18. 2014. Accordingly, we construe the notice of late reporter's record as moot.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court